IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hampton, Cherun T

Printed: 9/23/08

Case Number: 06 B 07901
Judge: Squires, John H
Filed: 7/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 28, 2008
Confirmed: September 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,670.60 |  |
| Secured: |  | 7,497.52 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,650.00 |
| Trustee Fee: |  | 506.72 |
| Other Funds: |  | 16.36 |
| Totals: | 9,670.60 | 9,670.60 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,650.00 | 1,650.00 |
| 2. | Monterey Financial Services | Secured | 1,376.12 | 785.80 |
| 3. | HSN Credit Dept | Secured | 231.43 | 193.00 |
| 4. | Corporate America Family CU | Secured | 17,312.23 | 6,518.72 |
| 5. | Jefferson Capital | Unsecured | 261.90 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 55.80 | 0.00 |
| 7. | Galway Financial Service | Unsecured | 130.50 | 0.00 |
| 8. | Sallie Mae | Unsecured | 342.89 | 0.00 |
| 9. | Corporate America Family CU | Unsecured | 221.03 | 0.00 |
| 10. | Sallie Mae | Unsecured | 808.58 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 156.50 | 0.00 |
| 12. | Corporate America Family CU | Unsecured | 0.15 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 80.15 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 33.49 | 0.00 |
| 15. | Galway Financial Service | Unsecured | 191.07 | 0.00 |
| 16. | Sallie Mae | Unsecured | 1,955.22 | 0.00 |
| 17. | Illinois Student Assistance Commission | Unsecured | 516.19 | 0.00 |
| 18. | Verizon Wireless | Unsecured | 530.40 | 0.00 |
| 19. | Blue Island Radiology Consult | Unsecured |  | No Claim Filed |
| 20. | Encore | Unsecured |  | No Claim Filed |
| 21. | Check N Go | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | CPSI Security | Unsecured |  | No Claim Filed |
| 25. | MCI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hampton, Cherun T | Case Number: 06 B 07901 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 9/23/08 | Filed: 7/5/06 |

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 27. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 30. | Merchants | Unsecured | | No Claim Filed |
| 31. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 32. | Sm Servicing | Unsecured | | No Claim Filed |
| 33. | Sm Servicing | Unsecured | | No Claim Filed |
| 34. | Sm Servicing | Unsecured | | No Claim Filed |
| 35. | Credit Protection Association | Unsecured | | No Claim Filed |
| 36. | Sm Servicing | Unsecured | | No Claim Filed |
| 37. | TRS Services | Unsecured | | No Claim Filed |
| 38. | Sm Servicing | Unsecured | | No Claim Filed |
| 39. | Sm Servicing | Unsecured | | No Claim Filed |
| 40. | USA Payday Loans | Unsecured | | No Claim Filed |
| 41. | Verizon Wireless | Unsecured | | No Claim Filed |
| 42. | Illinois Secretary Of State | Unsecured | | No Claim Filed |
| 43. | St. Francis Hospital And Health Center | Unsecured | | No Claim Filed |
| 44. | St Francis Hospital | Unsecured | | No Claim Filed |
| 45. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,853.65 | $ 9,147.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 161.97 |
| 5.4% | 311.40 |
| 6.5% | 33.35 |
| | _____ |
| | $ 506.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*